JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| YOSHIRA GASTELUM GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION et al.,<br><br>Defendants. | Case № 2:22-cv-09260-ODW (PDx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

The Court, having considered the parties' Joint Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice the above-entitled action. Each party shall bear its own costs and attorneys' fees. The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

June 14, 2023

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**